UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

            File No: 1:07-CR-261-03

MICHAEL PAUL CARLTON,

            HON. ROBERT J. JONKER

    Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was served on the parties, and no objection has been filed within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (docket # 76) is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Michael Paul Carlton's plea of guilty to Count 1 of the Indictment is accepted. Defendant Michael Paul Carlton is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Michael Paul Carlton shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 p.m., Thursday, February 21, 2008**. Defendant Michael Paul Carlton shall be detained pending sentencing, based on the mandatory provisions of 18 U.S.C. § 3143(a).

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:   February 5, 2008        /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE